IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM J. WHITSITT,

    Plaintiff,                                     No. CIV S-06-2076 FCD GGH PS

    vs.

VINOTHEQUE WINE CELLARS,                  ORDER
MARK TANNER,

    Defendants.

_____/

        Plaintiff, proceeding in pro se, has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. This matter was referred to this court pursuant to E. D. Cal. L. R. 72-302(c)(21).

        Plaintiff has submitted an incomplete affidavit in support of his application to proceed in forma pauperis. He did not answer Question No. 3, and did not indicate the relationship of the individual for whom he provides partial support (Question No. 6). In addition, plaintiff completed the application on June 24, 2006 but did not file it until September 18, 2006. Immediate filing is important because Question No. 3 seeks information relative to the past twelve months. Plaintiff's incomplete application fails fully to inform the court whether plaintiff is unable to prepay fees and costs or give security for them, and therefore fails to meet the

1

requirements of 28 U.S.C. § 1915(a).

Accordingly, IT IS HEREBY ORDERED that

1. Plaintiff's application to proceed in forma pauperis, filed September 18, 2006, is denied without prejudice; and

2. Plaintiff may file a complete and updated application for this court's further consideration within twenty days of service of this order.

So ordered.

DATED: 10/31/06

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
U. S. MAGISTRATE JUDGE

NOW6:Whitsitt2076.ifp