IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM J. WHITSITT,

    Plaintiff,                    No. CIV S-06-2076 FCD GGH PS

    vs.

VINOTHEQUE WINE CELLARS, et al.,

    Defendants.              ORDER TO SHOW CAUSE

/

        On January 11, 2007, the court entered its order granting plaintiff's request to proceed in forma pauperis and directing the Clerk to forward to plaintiff a summons form and three USM-285 forms. Pursuant to that order, within 15 days from the January 11th filed date of the order, plaintiff was to provide the United States Marshal with the information to complete service of process. The court has not received a proof of service showing that the defendant has been served, and the U.S. Marshal has no record of the documentation being filed with their office.

\\\\\

\\\\\

\\\\\

\\\\\

1

1  THEREFORE, plaintiff is ordered to show cause, within twenty (20) days, why
2  this case should not be dismissed for failure to serve. Fed. R. Civ. P. 4(m).
3  DATED: 3/13/07

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

5  whitsitt.osc