IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. WHITSITT,<br><br>    Plaintiff,<br><br>vs.<br><br>VINOTHEQUE WINE CELLARS,<br>MARK TANNER,<br><br>    Defendants.<br>_____/ | No. CIV S-06-2076 FCD GGH PS<br><br><br><br><u>ORDER</u> |

        On March 13, 2007, this court issued an order to show cause directing plaintiff to explain why this case should not be dismissed for failure to provide the U.S. Marshal with the necessary information to serve process upon defendants. On April 2, 2007, plaintiff timely responded to the court's order and explained that he never received the court's January 11, 2007 order granting his application to proceed in forma pauperis and directing him to submit the necessary documents to the U.S. Marshal. Plaintiff states he has now submitted these documents to the U.S. Marshal's office, which in turn independently confirms receipt of the documents and service made upon defendants on April 5, 2007. The court has not yet received a return of service and will monitor this matter for a reasonable period.

/ / / / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The March 13, 2007 order to show cause is discharged; and

2. The Clerk shall again serve upon plaintiff this court's January 11, 2007 order.

So ordered.

DATED: 4/25/07                                   /s/ Gregory G. Hollows
                                                 _____
                                                 GREGORY G. HOLLOWS
                                                 U. S. MAGISTRATE JUDGE

NOW6:Whitsitt2076.respOSC