IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM J. WHITSITT,

    Plaintiff,

vs.

VINOTHEQUE WINE CELLARS,
MARK TANNER,

    Defendants.
_____/

No. CIV S-06-2076 FCD GGH PS

ORDER

        On January 16, 2008, the District Judge adopted this court's Findings and Recommendations filed November 20, 2007, granting in part defendants' motion to dismiss. The case now proceeds against Vinotheque on plaintiff's claim of age discrimination in hiring in violation of the ADEA, and against both defendants on plaintiff's claim of intentional infliction of emotional distress.

        Accordingly, the parties are hereby directed to confer and file, within thirty days of the filing date of this order, a joint status report addressing the following:

        (a) Possible joinder of additional parties;

        (b) Expected or desired amendment of pleadings;

        (c) Jurisdiction and venue;

(d) Anticipated motions and their scheduling;

(e) The report required by Rule 26 outlining the

    proposed discovery plan and its scheduling,

    including disclosure of expert witnesses;

(f) Proposed cut-off dates for discovery, law and motion, pretrial

    conference and trial;

(g) Special procedures, if any;

(h) Estimated trial time;

(i) Modification of standard pretrial procedures due

    to the simplicity or complexity of the proceedings;

(j) Whether the case is related to any other case, including bankruptcy;

(k) Whether a settlement conference should be scheduled;

(l) Any other matters that may add to the just and expeditious

    disposition of this matter.

Upon reviewing the joint status report, the court will issue a scheduling order and/or set a status conference.

So ordered.

DATED: 01/29/08                                         /s/ Gregory G. Hollows

                                                               GREGORY G. HOLLOWS
                                                               U. S. MAGISTRATE JUDGE

GGH5:Whitsitt2076.SR